# Order

**Michigan Supreme Court
Lansing, Michigan**

June 23, 2009

Marilyn Kelly,
Chief Justice

138555

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SAM LYDE,
   Plaintiff-Appellant,

v

GENERAL MOTORS CORPORATION,
   Defendant-Appellee.

SC: 138555
COA: 289155
WCAC: 08-000096

_____/

   On order of the Court, the application for leave to appeal the March 4, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2009

Clerk

0615